IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **TQP DEVELOPMENT, LLC** | § | |
| Plaintiff, | § | |
| v. | § | No. 2:12-cv-069 |
| **PENTAGON FEDERAL CREDIT UNION,** | § | **JURY TRIAL DEMANDED** |
| Defendant. | § | |

**ORDER OF DISMISSAL WITH PREJUDICE**

CAME ON THIS DAY for consideration of Plaintiff TQP Development LLC's Unopposed Motion for Dismissal With Prejudice (Doc. No. 47) of all claims and any counterclaims asserted in this case between plaintiff, TQP Development, LLC, and defendant, Pentagon Federal Credit Union. The Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between plaintiff TQP Development, LLC and defendant Pentagon Federal Credit Union are hereby **dismissed with prejudice**.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**It is SO ORDERED.**

**SIGNED this 26th day of November, 2012.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE